## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR POSSESSION OF FIREARMS BY A CONVICTED FELON, POSSESSION OF A MACHINEGUN, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-66-JWD-EWD |
| | : | |
| *versus* | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 922(o) |
| | : | 18 U.S.C. § 924(d) |
| KRISTOPHER N. HILL | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession of Firearms by a Convicted Felon)

On or about April 6, 2024, in the Middle District of Louisiana, **KRISTOPHER N. HILL**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess firearms, that is:

  a. an Anderson Manufacturing, model AM-15, 223 caliber rifle, bearing serial number 20283401;

  b. an F.N., model Five-Seven, 5.7 caliber pistol, bearing serial number 386392245;

  c. a Taurus, Model G3, 9 mm pistol, bearing serial number ABC423680; and

  d. a Glock, Model 23GEN5, 40 caliber pistol, bearing serial number BWTP302, equipped with a machinegun conversion device,

said firearms having been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

USA Sealed Group and USM with Warrant, USPO

## COUNT TWO
(Possession of a Machinegun)

On or about April 6, 2024, in the Middle District of Louisiana, **KRISTOPHER N. HILL**, defendant herein, did knowingly possess a machinegun, that is, a Glock, Model 23GEN5, 40 caliber pistol, bearing serial number BWTP302, equipped with a machinegun conversion device.

The above is a violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses contained in this Indictment, **KRISTOPHER N. HILL**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offense, including, but not limited to,

a. an Anderson Manufacturing, model AM-15, 223 caliber rifle, bearing serial number 20283401;

b. a F.N., model Five-Seven, 57 caliber pistol, bearing serial number 386392245;

c. a Taurus, Model G3, 9 mm pistol, bearing serial number ABC423680; and

d. a Glock, Model 23GEN5, 40 caliber pistol, bearing serial number BWTP302, equipped with a machinegun conversion device.

UNITED STATES OF AMERICA, BY

*[signature]*

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

7/31/2024

DATE

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: ATF

*Agent: Zac Woodring

**Matter to be sealed:** ☑ Yes ☐ No

**Related Case Information:**

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: KRISTOPHER N. HILL

Alias: _____

Address: _____

Birthdate: _____   SS #: _____   Sex: _____   Race: _____   Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris   Bar #: LBN 28694

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of firearms by a convicted felon | 1 | F |
| 18:922(o) | Possession of a machinegun | 2 | F |

(May be continued on second sheet)

Date: 7/31/24   Signature of AUSA: [signed]