# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: April 23, 2024



## FIREARMS TRACE SUMMARY

**Trace Number:** T20240177334    **Request Date:** April 06, 2024    **Completion Date:** April 16, 2024

SIMON NEWSOME
BATON ROUGE POLICE DEPARTMENT
9000 AIRLINE HIGHWAY
BATON ROUGE, LA 70815
PHONE: (225) 389-3800
FAX (504) 389-3824

**Badge No:** P10809
**Investigation No:** 24-33692

### FIREARM INFORMATION
**Manufacturer:** GLOCK GMBH
**Model:** 23GEN5
**Caliber:** 40
**Serial Number:** BWTP302
**Type:** PISTOL
**Country:** AUSTRIA
**Importer:** GLOCK INC, SMYRNA GA
**Obliterated:**
**Identifying Marks:** Gen. 5
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 04/06/2024
**Time to Crime:** 739 days

3112 MISSION DR APT
BATON ROUGE, LA 70805
UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 03/29/2022
**Possessor:** KRISTOPHER HILL
**DOB:** /1994
**POB:** BATON ROUGE, LA UNITED STATES

BRIANNA N JACKSON

BATON ROUGE, LA 70807
UNITED STATES
**DOB:** 1998
**POB:** LA UNITED STATES
**Race:** BLACK
**Sex:** Female
**Height:** 5 ft 4 in
**Weight:** lbs
**ID 1:** LA DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY:

### DEALER INFORMATION
**FFL:** 57205879
PELICAN PAWN AND JEWELRY
2646 FLORIDA BLVD
BATON ROUGE, LA 70802
**Phone:** (225) 334-9390  **Ship-To-Date:** 03/24/2022
Ext:

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.